USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charmaine Blake,

               Plaintiff,

–v–

Andrew Saul,

               Defendant.

20-cv-10730 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In an Order dated January 13, 2021, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 8. The deadline to file either an executed consent form or a joint letter advising the Court that the parties do not consent was two weeks from the date on which Defendant noticed an appearance. *See id.* Counsel for Defendant filed a notice of appearance on March 19, 2021. Dkt. No. 10. However, the Court is not in receipt of either a consent form or joint letter. The parties are hereby ordered to file either an executed consent form or a joint letter, as described in the Court's January 13, 2021 Order, on or before April 13, 2021. The parties are advised that they are free to withhold consent without negative consequences. This Order does not alter the deadlines set forth in any of the Court's scheduling orders.

SO ORDERED.

Dated: April 5, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge